**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6510**

STANLEY D. LINDER,

             Plaintiff - Appellant,

       v.

MR. MATTHEW J. FRIEDMAN, Assistant Attorney General; MR.
ALLEN WILSON, Attorney General,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Richard Mark Gergel, District Judge.
(1:12-cv-03051-RMG)

Submitted:  September 26, 2013     Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley D. Linder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley D. Linder appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Linder v. Friedman, No. 1:12-cv-03051-RMG (D.S.C. Mar. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED